## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM A. GORNEY, | : | Civil No. 1:18-CV-00009 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Judge Jennifer P. Wilson |
| MEGAN J. BRENNAN, | : | |
| Postmaster General, | : | |
| | : | |
| Defendant. | : | Magistrate Judge Martin C. Carlson |

## ORDER

**AND NOW**, on this 24th day of March, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. United States Magistrate Judge Martin C. Carlson's report and recommendation (Doc. 41) is **ADOPTED IN ITS ENTIRETY**.

2. Defendant's objections to the report and recommendation (Doc. 42) are **OVERRULED**.

3. Defendant's motion for summary judgment (Doc. 27) is **GRANTED IN PART AND DENIED IN PART**. The motion is denied with respect to Plaintiff's age discrimination claim and granted in all other respects.

1. A status conference is scheduled for **April 30, 2020 at 10:00 a.m.** to discuss future proceedings in this case. The conference will be by telephone. Plaintiff's counsel shall arrange a call-in number and pass code, and provide

that information to the court and opposing counsel at least one hour prior to

the call.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
